IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILY GRAPHIC SERVICES, | ) | Bankruptcy Case No: 09-22746 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**NOTICE OF TRUSTEE'S MOTION TO AUTHORIZE DISBURSEMENT TO SECURED CREDITOR AND FINAL APPLICATION FOR COMPENSATION FOR TRUSTEE'S ATTORNEY AND ACCOUNTANT FEES PURSUANT TO 11 USC §§327, 328, 330 AND 506(c) AND FOR LIMITED NOTICE**

TO:   ATTACHED SERVICE LIST

PLEASE TAKE NOTICE THAT ON **Thursday, June 28, 2012 at 10:00 am** or as soon thereafter as Counsel may be heard, I shall present before the Honorable **Judge Manuel Barbosa**, or any Judge sitting in his stead, in **Courtroom 250 of the Kane County Courthouse, 100 S. Third St., Geneva, Illinois** the attached Trustee's Motion to Authorize Disbursement to Secured Creditor, Application for Compensation for Trustee's Attorney and Accountant Fees, and for Limited Notice at which time you may appear as you deem necessary.

**/s/ Thomas E. Springer**
Thomas E. Springer, Trustee

Thomas Springer, Trustee
SPRINGER, BROWN, COVEY GAERTNER AND DAVIS LLC..
Wheaton Executive Center
400 S. County Farm Rd.
Suite #330
Wheaton, Il. 60187
630-510-0000

**CERTIFICATE OF SERVICE**

I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice, Motion and Proposed Order by mailing and/or electronically serving a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Rd., Wheaton, Il. 60187 before 5:45 p.m. on June 8, 2012 with proper postage prepaid.

**/s/ Thomas E. Springer**

# Service List

U.S. Trustee
Patrick S. Layng
219 S Dearborn St
Room 873
Chicago, IL 60604
*(Via Electronic Service)*

James A. Young
James A. Young &
Associates, Ltd
47 DuPage Court
Elgin, IL 60120
*(Via Electronic Service)*

Jonathan N. Rogers
Klein, Daday, Aretos &
O'Donoghue, LLC
2550 West Golf Road
Suite 250
Rolling Meadows, IL 60008

**VIA REGULAR MAIL**

3M Promotional Markets
PO BOX 1997
Mankato, MN 56002-1997

Ball Pro Inc.
12985 Pioneer Trail
Eden Prairie, MN 55347

Barb Baker
417 Tiffany Nicole Lane
Lexington, TN 38351

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Documentation
1556 International Drive
Eau Claire, WI 54701

Ennis, Inc.
2441 Presidential Pkwy
Midlothian, TX 76065

Farmer, Poklop, Hoppa & Co.
1100 S. Old Rand Rd.
Lake Zurich, IL 60047

GH Printing Co., Inc.
5207 Walnut
Downers Grove, IL 60515

Genoa
P.O. Box 450
445 Park Avenue
Sycamore, IL 60178

Group 3 Envelopes, Inc.
237 S. Evergreen St.
Bensenville, IL 60106-8011

HUB Pen Company
1525 Washington St.
Braintree, MA 02184

Hagg Press
1165 Jansen Farm Drive
Elgin, IL 60123

Image Plus of Wisconsin, LLC
4441 Robertson Rd.
Madison, WI 53714

Reliable Label Inc.
1427 Centre Circle Drive
Downers Grove, IL 60515

Taykit, Inc. d/b/a Creekside Printin
c/o Christopher M. Saternus
102 W. Wemerson St.
Arlington Heights, IL 60005

The Mail House
560 Lively Blvd.
Elk Grove Village, IL 60007

The Responsive Mailroom
1616 Berkley St., Unit 400
Elgin, IL 60123

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| REILY GRAPHIC SERVICES, | ) | Bankruptcy Case No: 09-22746 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**TRUSTEE'S MOTION TO AUTHORIZE DISBURSEMENT TO SECURED CREDITOR AND FINAL APPLICATION FOR COMPENSATION FOR TRUSTEE'S ATTORNEY AND ACCOUNTANT FEES PURSUANT TO 11 USC §§327, 328, 330 AND 506(c) AND FOR LIMITED NOTICE**

NOW COMES THOMAS E. SPRINGER, Trustee ("Trustee") by and through his attorneys, SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC, pursuant to 11 U.S.C. §§506(c), 327, 328 and 330, and respectfully requests this Honorable Court grant an Order authorizing the Trustee to disburse on the secured claim of Harris, N.A. pursuant to Section 506(c) and for allowance and disbursement of Trustee's Attorneys' Fees and for allowance and payment of Trustee's Accountant's Fees. In support thereof, Trustee respectfully states to the Court as follows:

1. On June 23, 2009, the Corporate Debtor filed its petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. Thomas E. Springer was thereupon appointed Trustee of the Estate and continues to serve in that capacity.

3. Harris, N.A. is the holder of a duly and properly perfected security interest in those certain otherwise unencumbered assets of the Debtor corporation pursuant to the recorded UCC Financing Statement and attending Commercial Security Agreement and related lending documents. (herein the "blanket lien"). Harris, N.A., which is successor to Amcore, was not scheduled as a creditor on the Debtor's schedules. Harris (Amcore) was not scheduled or disclosed as a creditor in the bankruptcy petition.

4. Through his administration of the Estate, the Trustee has liquidated and reduced to proceeds, certain assets of the estate, specifically funds being held in the Debtor's operating account.

5. Total receipts received and on deposit in the Estate Trust Account from the turnover of the operating account is $9,290.58. The Trustee, Trustee's Attorney, and Trustee's Accountant have incurred necessary and reasonable costs and expenses in retrieving, securing,

liquidating, monitoring and accounting the property for the benefit of the secured lien holder, Harris, N.A.

    6.    11 USC §506 (c) provides:

"The trustee may recover from property securing an allowed secured claim the reasonable, necessary costs and expenses of preserving, or disposing of, such property to the extent of any benefit to the holder of such claim, including the payment of all ad valorum property taxes with respect to the property."

    7.    Subject to this Court's approval, Harris, N.A., through counsel, has agreed with Trustee Attorneys' request for appropriate compensation related to and directly from Harris's claim distribution based on application of compensation through 11 U.S.C. §328 in the amount of $1,400. (This requested compensation amount is reduced from the total billable amount of $4,142.50). Attached hereto and incorporated herein as <u>Exhibit A</u> is the Trustee's Attorneys' Fee Application.

    8.    Subject to this Court's approval, Harris, N.A., through counsel, has agreed with Trustee Accountant's request for appropriate compensation related to and directly from Harris's claim distribution based on application of compensation through 11 U.S.C. §328 in the ratable amount of $1,410.34. (This requested compensation amount is reduced from the total billable amount of $2,887.50). Attached hereto and incorporated herein as <u>Exhibit B</u> is the Trustee's Accountant's Fee Application.

    9.    Currently, the Trustee's allowed compensation is $1,690.99 which the Trustee will pay through the Trustee's Final report.

    10.    Accordingly, the Trustee proposes Harris, N.A. will receive a net final distribution of $4,789.25 on the secured portion of its claim.

    11.    This is a moderate estate with limited funds and the claims bar date expired on February 5, 2010.

    12.    In order to preserve the funds of the estate by reducing reproduction, handling and mailing costs and to further assist in the efficient administration of the estate, the Trustee requests that notice be limited to all creditors who have filed proofs of claim with the Clerk of the Court as well as parties in interest and the United States Trustee and that the Court approve the limited notice as provided herein.

WHEREFORE, TRUSTEE THOMAS E .SPRINGER, respectfully requests that this Court enter an order:

    A.    Authorizing Trustee's Attorneys' compensation in the amount of $1,400.00 pursuant to §§327, 328 and 506(c) as related to and directly from Harris, N.A.'s total secured claim and authorizing distribution thereof;

B. Authorizing Trustee's Accountant's compensation in the amount of $1,410.34 pursuant to §§327, 328 and 506(c) as related to and directly from Harris, N.A.'s total secured claim and authorizing distribution thereof;

C. Authorizing the Trustee to distribute the net final amount of $4,789.25 to Harris, N.A. on the secured portion of its claim;

D. Approving the limited Notice to creditors who have filed proofs of claim with the Clerk of the Court as well as parties in interest and the United States Trustee;

E. Granting any such further and additional relief as this Court deems just and equitable.

Respectfully Submitted,
Thomas E. Springer, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:    /s/ Thomas E. Springer /s/
       Thomas E. Springer
       One of His Attorneys

Thomas E. Springer
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com