UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
REILY GRAPHIC SERVICES § Case No. 09-22746
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/30/2012 in Courtroom 250,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
REILY GRAPHIC SERVICES              §     Case No. 09-22746
                                    §
         Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,409.94 |
| and approved disbursements of | $ | 7,718.89 |
| leaving a balance on hand of[1] | $ | 1,691.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,690.99 | $ 0.00 | $ 1,678.30 |
| Trustee Expenses: THOMAS E. SPRINGER, TRUSTEE | $ 12.85 | $ 0.00 | $ 12.75 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 1,400.00 | $ 1,400.00 | $ 0.00 |
| Accountant for Trustee Fees: Alan S. Horewitch, CPA | $ 1,410.34 | $ 1,410.34 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,691.05 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,731.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24A | Department of the Treasury | $ 4,731.97 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 124,424.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ball Pro Inc. | $ 37.68 | $ 0.00 | $ 0.00 |
| 2 | GH Printing Co., Inc. | $ 2,799.44 | $ 0.00 | $ 0.00 |
| 3 | The Mail House | $ 1,140.00 | $ 0.00 | $ 0.00 |
| 4 | HUB Pen Company | $ 2,380.59 | $ 0.00 | $ 0.00 |
| 5 | Farmer, Poklop, Hoppa & Co. | $ 6,649.00 | $ 0.00 | $ 0.00 |
| 6 | Barb Baker | $ 824.00 | $ 0.00 | $ 0.00 |
| 7 | The Responsive Mailroom | $ 6,366.33 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Hagg Press | $ 12,513.39 | $ 0.00 | $ 0.00 |
| 9 | Thrift-Remsen Printers | $ 1,249.36 | $ 0.00 | $ 0.00 |
| 10 | Documation | $ 29,421.82 | $ 0.00 | $ 0.00 |
| 11 | Ennis, Inc. | $ 478.38 | $ 0.00 | $ 0.00 |
| 12 | Reliable Label Inc | $ 347.74 | $ 0.00 | $ 0.00 |
| 13 | Taykit, Inc.d/b/a Creekside Printin | $ 14,676.33 | $ 0.00 | $ 0.00 |
| 14 | United Graphics Incorporated | $ 3,385.21 | $ 0.00 | $ 0.00 |
| 15 | Image Plus of Wisconsin, LLC | $ 14,093.55 | $ 0.00 | $ 0.00 |
| 16 | Farmer, Poklop, Hoppa & Co. | $ 6,649.00 | $ 0.00 | $ 0.00 |
| 17 | Genoa | $ 1,105.00 | $ 0.00 | $ 0.00 |
| 18 | Taykit, Inc.d/b/a Creekside Printin | $ 15,176.09 | $ 0.00 | $ 0.00 |
| 19 | HUB Pen Company | $ 2,380.51 | $ 0.00 | $ 0.00 |
| 20 | 3M Promotional Markets | $ 251.35 | $ 0.00 | $ 0.00 |
| 21 | Barb Baker | $ 824.00 | $ 0.00 | $ 0.00 |
| 22 | Thrift-Remsen Printers | $ 1,249.36 | $ 0.00 | $ 0.00 |
| 23 | Group 3 Envelopes, Inc. | $ 426.66 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $    0.00

Remaining Balance      $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 470.41 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24B | Department of the Treasury | $ 470.41 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                 Case No. 09-22746-MB
Reily Graphic Services                                                 Chapter 7
           Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: lkorotko                Page 1 of 3          Date Rcvd: Aug 01, 2012
                               Form ID: pdf006               Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
db           #+Reily Graphic Services,    11 Douglas Ave,    Elgin, IL 60120-5502
14077888       3M Promotional Markets,    PO BOX 1997,    Mankato, MN 56002-1997
14077894      +BCT,   PO BOX 2002,    Loves Park, IL 61130-0002
14077890      +Ball Pro Inc.,    12985 Pioneer Trail,    Eden Prairie, MN 55347-4109
14077891      +Bank Printing,    PO BOX 587,    Brainerd, MN 56401-0587
14077892      +Barb Baker,   417 Tiffany Nicole Lane,     Lexington, TN 38351-4158
14077893      +Barthel & Co., Inc.,    125 Erick St., Ste. 111,    Crystal Lake, IL 60014-4500
14077895      +Carol Ann Marketing,    1601 Atlantic Dr. ste. 129,    West Chicago, IL 60185-5176
14077896       CitBusiness Cards,    PO BOX 44180,    Greenville, FL 32331-4180
14077897      +Courier Printing, Inc.,    323 N. Second St.,    Rockford, IL 61107-4058
14077898      +Debbie H Anderson,    9N656 Beckman Trail,    Elgin, IL 60124-8442
14077899       Discount Labels,    PO BOX 644276,    Pittsburgh, PA 15264-4276
14077901      +Documation,   1556 International Drive,     Eau Claire, WI 54701-7058
14077902       Edgerton & Edgerton,    125 Wood St., PO BOX 218,    West Chicago, IL 60186-0218
14077903      +Ennis, Inc.,    2441 Presidential Pkwy,    Midlothian, TX 76065-3723
14077905      +Farmer, Poklop, Hoppa & Co.,     1100 S. Old Rand Rd.,    Lake Zurich, IL 60047-8121
14077908      +GH Printing Co., Inc.,    5207 Walnut,    Downers Grove, IL 60515-4025
14077906      +Gem Printing, Inc.,    394 East St. Charles Rd.,    Carol Stream, IL 60188-2115
14077907      +Genoa,   PO BOX 450, 445 Park Avenue,     Sycamore, IL 60178-0450
14077911      +Group 3 Envelopes, Inc.,    237 S. Evergreen St.,    Bensenville, IL 60106-2581
14077914      +HUB Pen Company,    1525 Washington St.,    Braintree, MA 02184-7533
14077912       Hagg Press,   1165 Jansen Farm Drive,     Elgin, IL 60123
14077916       IPG,   642 Stevenson Rd.,    South Elgin, IL 60177
14077915      +Image Plus of Wisconsin, LLC,     4441 Robertson Rd.,    Madison, WI 53714-3124
14077917      +J.B. Kenehan LLC,    W238 N1700 Rockwood Drive,    Waukesha, WI 53188-1149
14077918      +James G. Ahlberg,    PO BOX 358,    Rochelle, IL 61068-0358
14077919      +Labels Unlimited Company,    3400 W. 48th Place,    Chicago, IL 60632-3075
14077920      +Lithotone,   1313 W. Hively Avenue,     Elkhart, IN 46517-1594
14077921      +MPE Business Forms, Inc.,    1120 E. Oak St.,    Dekalb, IL 60115-3557
14077922      +Nigro Westfall,    1793 Bloomingdale Rd.,    Glendale Heights, IL 60139-2187
14077923      +Performance Press,    220 Campus Drive Unit D,    Arlington Heights, IL 60004-1479
14077924      +Record Printing Company,    PO BOX 200,    120 Industrial Park Rd.,    Story City, IA 50248-1903
14077932      +Reliable Label Inc,    1427 Centre Circle Drive,    Downers Grove, IL 60515-1045
14077925      +Robin Reiley,    3362 Hunter Hollow,    Dodgeville, WI 53533-8862
14077926      +Rochelle Printing Company,    PO BOX 270,    Rochelle, IL 61068-0270
14077927      +Source One,    380 Production Drive,    South Elgin, IL 60177-2637
14077928      +Super Print,    160 E. Chicago St.,    Elgin, IL 60120-5524
14077929      +Taykit, Inc.d/b/a Creekside Printin,     c/o Christopher M. Saternus,    102 W. Wemerson St.,
                 Arlington Heights, IL 60005-3738
14077930      +Team Concept Printing,    540 Tower Blvd.,    Carol Stream, IL 60188-9426
14077931      +The Mail House,    560 Lively Blvd.,    Elk Grove Village, IL 60007-2014
14077934      +Thrift-Remsen Printers,    3918 S.Central Avenue,    Attn: Robert,    Rockford, IL 61102-4290
14077935      +Trans-Kraft,    874 Shuler St.,    Elgin, IL 60123-6151
14077936      +Twin Arts Printing,    PO BOX 116,    Elgin, IL 60121-0116
14077938      +UPS,   Lockbox 577,    Carol Stream, IL 60132-0001
14077937      +United Graphics Incorporated,    2916 Marshall Ave.,    PO BOX 559,    Mattoon, IL 61938-0559
14077939      +Wrona Bros.,    205 E. Chicago St.,    Elgin, IL 60120-6593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14077900       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2012 04:55:22     Discover,    PO BOX 30943,
                 Salt Lake City, UT 84130
18311086       E-mail/Text: cio.bncmail@irs.gov Aug 02 2012 02:52:14      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14077909      +E-mail/Text: ally@ebn.phinsolutions.com Aug 02 2012 03:17:26     GMAC,    PO Box 9001951,
                 Louisville, KY 40290-1951
14077913      +E-mail/Text: bankruptcies@armscoinc.com Aug 02 2012 04:57:54     Hasler,    PO BOX 3808,
                 Milford, CT 06460-8708
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Thomas E. Springer
14077910      GMAC
14077889     ##+AIM Translation,    PO BOX 279,   Bloomingdale, IL 60108-0279
14077904     ##+Everyware Inc.,    11 Douglas Avenue,    Elgin, IL 60120-5502
14077933     ##+The Responsive Mailroom,    1616 Berkley St., Unit 400,    Elgin, IL 60123-7083
                                                                                   TOTALS: 2, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1           User: lkorotko              Page 2 of 3              Date Rcvd: Aug 01, 2012
                               Form ID: pdf006             Total Noticed: 50

                   ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                       **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko          Page 3 of 3          Date Rcvd: Aug 01, 2012
                              Form ID: pdf006         Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2012 at the address(es) listed below:

          James A Young    on behalf of Debtor   Reily Graphic Services  jyoung@youngbklaw.com,
           jaguilar@youngbklaw.com;ylara@youngbklaw.com
          Jonathan N Rogers    on behalf of Creditor   Harris Bank  jrogers@skdaglaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
          Thomas E Springer    on behalf of Accountant Alan Horewitch tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com

                                                                                                           TOTAL: 5