# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REILY GRAPHIC SERVICES | § | Case No. 09-22746 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on   . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | HARRIS, NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER | | | | | |
| THOMAS E. SPRINGER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| THOMAS E. SPRINGER | | | | | |
| ALAN S. HOREWITCH, CPA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 24A | Department Of The Treasury | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3M Promotional Markets PO BOX 1997 Mankato, MN 56002-1997 | | | | | |
| | AIM Translation PO BOX 279 Bloomingdale, IL 60108 | | | | | |
| | BCT PO BOX 2002 Loves Park, IL 61130 | | | | | |
| | Ball Pro Inc. 12985 Pioneer Trail Eden Prairie, MN 55347 | | | | | |
| | Bank Printing PO BOX 587 Brainerd, MN 56401 | | | | | |
| | Barb Baker 417 Tiffany Nicole Lane Lexington, TN 38351 | | | | | |
| | Barthel & Co., Inc. 125 Erick St., Ste. 111 Crystal Lake, IL 60014 | | | | | |
| | Carol Ann Marketing 1601 Atlantic Dr. ste. 129 West Chicago, IL 60185 | | | | | |
| | CitBusiness Cards PO BOX 44180 Greenville, FL 32331-4180 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Courier Printing, Inc. 323 N. Second St. Rockford, IL 61107 | | | | | |
| | Discount Labels PO BOX 644276 Pittsburgh, PA 15264-4276 | | | | | |
| | Discover PO BOX 30943 Salt Lake City, UT 84130 | | | | | |
| | Documentation 1556 International Drive Eau Claire, WI 54701 | | | | | |
| | Ennis, Inc. PO BOX 841741 Dallas, TX 75284 | | | | | |
| | Everyware Inc. 11 Douglas Avenue Elgin, IL 60120 | | | | | |
| | Farmer, Poklop, Hoppa & Co. 1100 S. Old Rand Rd. Lake Zurich, IL 60047 | | | | | |
| | GH Printing Co., Inc. 5207 Walnut Downers Grove, IL 60515 | | | | | |
| | GMAC PO Box 9001951 Louisville, KY 40290 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gem Printing, Inc. 394 East St. Charles Rd. Carol Stream, IL 60188 | | | | | |
| | Genoa PO BOX 450, 445 Park Avenue Sycamore, IL 60178 | | | | | |
| | Group 3 Envelopes, Inc. 237 S. Evergreen St. Bensenville, IL 60106-8011 | | | | | |
| | HUB Pen Company 1525 Washington St. Braintree, MA 02184 | | | | | |
| | Hagg Press 1165 Jansen Farm Drive Elgin, IL 60123 | | | | | |
| | Hasler PO BOX 3808 Milford, CT 06460 | | | | | |
| | IPG 642 Stevenson Rd. South Elgin, IL 60177 | | | | | |
| | Image Plus of Wisconsin, LLC 4441 Robertson Rd. Madison, WI 53714 | | | | | |
| | J.B. Kenehan LLC W238 N1700 Rockwood Drive Waukesha, WI 53188 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Labels Unlimited Company 3400 W. 48th Place Chicago, IL 60632 | | | | | |
| | Lithotone 1313 W. Hively Avenue Elkhart, IN 46517 | | | | | |
| | MPE Business Forms, Inc. 1120 E. Oak St. Dekalb, IL 60115 | | | | | |
| | Performance Press 220 Campus Drive Unit D Arlington Heights, IL 60004 | | | | | |
| | Record Printing Company PO BOX 200 120 Industrial Park Rd. Story City, IA 50248 | | | | | |
| | Robin Reiley 3362 Hunter Hollow Dodgeville, WI 53533 | | | | | |
| | Rochelle Printing Company PO BOX 270 Rochelle, IL 61068 | | | | | |
| | Source One 380 Production Drive South Elgin, IL 60177 | | | | | |
| | Super Print 160 E. Chicago St. Elgin, IL 60120 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Taykit, Inc.d/b/a Creekside Printin c/o Christopher M. Saternus 102 W. Wemerson St. Arlington Heights, IL 60005 | | | | | |
| | Team Concept Printing 540 Tower Blvd. Carol Stream, IL 60188 | | | | | |
| | The Mail House 560 Lively Blvd. Elk Grove Village, IL 60007 | | | | | |
| | The Reliable Label Company 1427 Centre Circle Drive Downers Grove, IL 60515 | | | | | |
| | The Responsive Mailroom 1616 Berkley St., Unit 400 Elgin, IL 60123 | | | | | |
| | Thrift-Remsen Printers 3918 S.Central Avenue Attn: Robert Rockford, IL 61102 | | | | | |
| | Trans-Kraft 874 Shuler St. Elgin, IL 60123 | | | | | |
| | Twin Arts Printing PO BOX 116 Elgin, IL 60121 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UPS Lockbox 577 Carol Stream, IL 60132 | | | | | |
| | United Graphics Incorporated 2916 Marshall Ave. PO BOX 559 Mattoon, IL 61938 | | | | | |
| | Wrona Bros. 205 E. Chicago St. Elgin, IL 60120 | | | | | |
| 20 | 3m Promotional Markets | | | | | |
| 1 | Ball Pro Inc. | | | | | |
| 6 | Barb Baker | | | | | |
| 21 | Barb Baker | | | | | |
| 10 | Documation | | | | | |
| 11 | Ennis, Inc. | | | | | |
| 5 | Farmer, Poklop, Hoppa & Co. | | | | | |
| 16 | Farmer, Poklop, Hoppa & Co. | | | | | |
| 17 | Genoa | | | | | |
| 2 | Gh Printing Co., Inc. | | | | | |
| 23 | Group 3 Envelopes, Inc. | | | | | |
| 8 | Hagg Press | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Hub Pen Company | | | | | |
| 19 | Hub Pen Company | | | | | |
| 15 | Image Plus Of Wisconsin, Llc | | | | | |
| 12 | Reliable Label Inc | | | | | |
| 13 | Taykit, Inc.D/B/A Creekside Printin | | | | | |
| 18 | Taykit, Inc.D/B/A Creekside Printin | | | | | |
| 3 | The Mail House | | | | | |
| 7 | The Responsive Mailroom | | | | | |
| 9 | Thrift-Remsen Printers | | | | | |
| 22 | Thrift-Remsen Printers | | | | | |
| 14 | United Graphics Incorporated | | | | | |
| 24B | Department Of The Treasury | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-22746 | MB | Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REILY GRAPHIC SERVICES | | | Date Filed (f) or Converted (c): | 06/23/09 (f) |
| | | | | 341(a) Meeting Date: | 08/03/09 |
| For Period Ending: | 01/08/13 | | | Claims Bar Date: | 02/05/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AMCORE BANK CHECKING ACCOUNT | | 1,500.00 | 0.00 | | 0.00 | FA |
| 2. AMCORE BANK SAVINGS ACCOUNT | | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. BRAVO RESTAURANTS | | 1,118.99 | 0.00 | | 0.00 | FA |
| Debbie Frank 600 W. Jackson Blvd., Ste. 200 Chicago, IL 60661-5612 | | | | | | |
| 4. CBB (CHICAGO BANDITS) | | 1,763.93 | 0.00 | | 0.00 | FA |
| Attn: Sarah Russell 72 S. Grove Avenue Elgin, IL 60120 | | | | | | |
| 5. CSP (CREEKSIDE PRINTING) | | 75.00 | 0.00 | | 0.00 | FA |
| 1175 Davis Road Elgin, IL 60123 | | | | | | |
| 6. BEEF VILLA | | 550.00 | 0.00 | | 0.00 | FA |
| Scott Evanston 1225 W. Spring St. South Elgin, IL 60177 | | | | | | |
| 7. ELG (CITY OF ELGIN) 150 DEXTER CT. ELGIN, IL 60120 | | 500.80 | 0.00 | | 0.00 | FA |
| 8. FLX (FLEX-WELD, INC.) | | 859.84 | 0.00 | | 0.00 | FA |
| 1425 Lake Avenue Woodstock, IL 60098 | | | | | | |
| 9. GRS GEORGE RAWLINSON | | 5,925.40 | 0.00 | | 0.00 | FA |
| 506 S. State St. Elgin, IL 60123 | | | | | | |
| 10. HMC (HALLMARK CORPORATION) | | 30.00 | 0.00 | | 0.00 | FA |
| 310 W. Lake St. Elmhurst, IL 60126 | | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 09-22746   MB   Judge: Manuel Barbosa | |
| Case Name: | REILY GRAPHIC SERVICES | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 06/23/09 (f) |
| 341(a) Meeting Date: | 08/03/09 |
| Claims Bar Date: | 02/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11. JHC (CENTURY 21 TEAM) | 0.00 | 0.00 | | 0.00 | FA |
| 12. MCF (MCF PRINTING COMPANY)<br>PO BOX 172<br>Elmhurst, IL 60126 | 140.00 | 0.00 | | 0.00 | FA |
| 13. NWS (NETWORKSWING.COM)<br>Attn: Erik Avner<br>1945 Sun Drop Court<br>Bartlett, IL 60103 | 434.51 | 0.00 | | 0.00 | FA |
| 14. CLASSIC X-RAY LTD.<br>Attn: Erik Avner<br>1945 S. Wright Blvd.<br>Schaumburg, IL 60193 | 584.95 | 0.00 | | 0.00 | FA |
| 15. SEC (SOUTH ELGIN CHAMBER OF COMMERCE)<br>888 Norht LaFox St., Ste. 2C<br>South Elgin, IL 60177 | 420.00 | 0.00 | | 0.00 | FA |
| 16. COMPUTERS, PRINTERS, DESKS, CHAIRS, | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. 2 APPLE G3 COMPUTERS W/ MONITORS | 100.00 | 0.00 | | 0.00 | FA |
| 18. 1 APPLE POWER PC | 20.00 | 0.00 | | 0.00 | FA |
| 19. 5 IBM PCS W/ MONITORS (2002, 2003, 2007) | 700.00 | 0.00 | | 0.00 | FA |
| 20. 1 IBM NT SERVER W/ 3 RAD HARD DRIVES (2003) | 500.00 | 0.00 | | 0.00 | FA |
| 21. 1 IPSON 3000 COLOR INKET PRINTER (2002) | 200.00 | 0.00 | | 0.00 | FA |
| 22. 1 HP 4000 PRINTER (2002) | 100.00 | 0.00 | | 0.00 | FA |
| 23. 1 MICROTEK SCANNER 11X17 (2002) | 50.00 | 0.00 | | 0.00 | FA |
| 24. 4 APC BATTERY BACKUPS | 400.00 | 0.00 | | 0.00 | FA |
| 25. 2 EXTERNAL LOMEGA CD DRIVES | 50.00 | 0.00 | | 0.00 | FA |
| 26. ROGERSOL LIGHT TABLE 4'X3' | 150.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    3

Exhibit 8

| Case No: | 09-22746 | MB | Judge: Manuel Barbosa |
|---|---|---|---|

Case Name:    REILY GRAPHIC SERVICES

Trustee Name:    THOMAS E. SPRINGER, TRUSTEE

Date Filed (f) or Converted (c):    06/23/09 (f)

341(a) Meeting Date:    08/03/09

Claims Bar Date:    02/05/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. SHARP AR-207 COPIER/FAX | 50.00 | 0.00 | | 0.00 | FA |
| 28. PHONE SYSTEM- NORSTAR-PLUS MODULAR ICS RELEASE 1-T | 800.00 | 0.00 | | 0.00 | FA |
| 29. 1 CUSTOM DESK WITH L SHAPED LAMINATE TOP | 350.00 | 0.00 | | 0.00 | FA |
| 30. 2 L-SHAPED WOODEN DESKS | 300.00 | 0.00 | | 0.00 | FA |
| 31. 6 DESK CHAIRS | 180.00 | 0.00 | | 0.00 | FA |
| 32. 3 LATERAL FILE CABINETS WITH COUNTERTOPS | 400.00 | 0.00 | | 0.00 | FA |
| 33. 3-4 DRAWER LATERAL FILE CABINETS | 400.00 | 0.00 | | 0.00 | FA |
| 34. 4-4 DRAWER LATERAL FILE CABINETS | 1,000.00 | 0.00 | | 0.00 | FA |
| 35. 5-4 DRAWER FILE CABINETS | 175.00 | 0.00 | | 0.00 | FA |
| 36. 2 SETS OF DRAWERS AND 1 3-SHELF UNIT, WOOD | 150.00 | 0.00 | | 0.00 | FA |
| 37. 18&QUOT; PAPER CUTTER | 20.00 | 0.00 | | 0.00 | FA |
| 38. QUARK EXPRESS LICENSE VER. 6 | 200.00 | 0.00 | | 0.00 | FA |
| 39. ADOBE CREATIVE SUITE VER 2 | 100.00 | 0.00 | | 0.00 | FA |
| 40. MS OFFICE 2007 LICENSE | 100.00 | 0.00 | | 0.00 | FA |
| 41. QUICKBOOKS 2009 | 100.00 | 0.00 | | 0.00 | FA |
| 42. SYMANTIC | 100.00 | 0.00 | | 0.00 | FA |
| 43. The National Bank - Bank Account (u)<br>Closing of account at  National Bank.<br>Debtor collected many of the above listed accounts receivable and then<br>turned the funds over to the Trustee. | 9,404.75 | 9,404.75 | | 9,404.75 | FA |
| 44. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.19 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $33,503.17 | $9,404.75 | | $9,409.94 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-22746   MB   Judge: Manuel Barbosa | |
| Case Name: | REILY GRAPHIC SERVICES | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 06/23/09 (f) |
| 341(a) Meeting Date: | 08/03/09 |
| Claims Bar Date: | 02/05/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee and attorney for the blanket lienholder, Harris Bank,  are  negotiating a 506(c) settlement.  After settlement

reached, Trustee to file 506(c) Motion.

Initial Projected Date of Final Report (TFR): 03/15/11          Current Projected Date of Final Report (TFR): 04/01/12

Page: 1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-22746  -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REILY GRAPHIC SERVICES | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9304  CHECKING ACCOUNT |
| Taxpayer ID No: | *******7553 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | | 9999-000 | 1,691.05 | | 1,691.05 |
| 09/04/12 | 100000 | Thomas E. Springer | Trustee Compensation | | | | 1,691.05 | 0.00 |
| | | 400 S. County Farm Road | | | | | | |
| | | Suite 330 | | | | | | |
| | | Wheaton, IL  60187 | | | | | | |
| | | | Fees | 1,678.30 | 2100-000 | | | |
| | | | Expenses | 12.75 | 2200-000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 1,691.05 | 1,691.05 | 0.00 |
| | Less:  Bank Transfers/CD's | | 1,691.05 | 0.00 | |
| | Subtotal | | 0.00 | 1,691.05 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 1,691.05 | |

Page Subtotals          1,691.05          1,691.05

Ver: 17.00b

**FORM 2** Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| Case No: | 09-22746 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REILY GRAPHIC SERVICES | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0559 MONEY MARKET |
| Taxpayer ID No: | *******7553 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/10/09 | 43 | The National Bank P.O. Box 1030 Bettendorf, IA 52722-0018 | Proceeds from Business Bank Account | 1229-000 | 9,404.75 | | 9,404.75 |
| 09/30/09 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 9,404.88 |
| 10/30/09 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,405.11 |
| 11/30/09 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,405.35 |
| 12/31/09 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,405.59 |
| 01/29/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,405.82 |
| 02/09/10 | 000100 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 8.61 | 9,397.21 |
| 02/26/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 9,397.43 |
| 03/31/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,397.67 |
| 04/30/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,397.90 |
| 05/28/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,398.14 |
| 06/30/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,398.37 |
| 07/30/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,398.60 |
| 08/31/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,398.85 |
| 09/30/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,399.08 |
| 10/29/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,399.31 |
| 11/30/10 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,399.55 |
| 12/31/11 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,399.79 |
| 01/31/11 | 44 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,400.03 |
| 02/28/11 | 44 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,400.10 |
| 03/31/11 | 44 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,400.18 |
| 04/26/11 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 | Portion on Blanket Bond #016026455 | 2300-000 | | 7.80 | 9,392.38 |

| | | | Page Subtotals | | 9,408.79 | 16.41 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Ver: 17.00b

FORM 2

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-22746 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REILY GRAPHIC SERVICES | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0559  MONEY MARKET |
| Taxpayer ID No: | *******7553 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/29/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,392.45 |
| 05/31/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,392.53 |
| 06/30/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,392.61 |
| 07/29/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,392.68 |
| 08/31/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,392.76 |
| 09/30/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,392.84 |
| 10/31/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,392.92 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.97 | 9,380.95 |
| 11/30/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,381.03 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.57 | 9,369.46 |
| 12/30/11 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,369.54 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.55 | 9,357.99 |
| 01/31/12 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,358.07 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.27 | 9,345.80 |
| 02/15/12 | 000102 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 9.30 | 9,336.50 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,336.57 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.11 | 9,325.46 |
| 03/30/12 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,325.54 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.47 | 9,314.07 |
| 04/30/12 | 44 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,314.15 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.83 | 9,302.32 |
| 05/31/12 | 44 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,302.40 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.82 | 9,290.58 |
| 06/26/12 | 44 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 9,290.64 |

Page Subtotals                1.15        102.89

FORM 2                                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | |
|---|---|
| Case No: | 09-22746  -MB |
| Case Name: | REILY GRAPHIC SERVICES |
| Taxpayer ID No: | *******7553 |
| For Period Ending: | 01/08/13 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0559  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/26/12 | | Transfer to Acct #*******1929 | Final Posting Transfer | 9999-000 | | 9,290.64 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 9,409.94 | 9,409.94 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 9,290.64 | |
| Subtotal | 9,409.94 | 119.30 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 9,409.94 | 119.30 | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 9,290.64 |

Ver: 17.00b

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-22746  -MB |
| Case Name: | REILY GRAPHIC SERVICES |
| | |
| Taxpayer ID No: | *******7553 |
| For Period Ending: | 01/08/13 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1929  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 06/26/12 | | Transfer from Acct #*******0559 | Transfer In From MMA Account | 9999-000 | 9,290.64 | | 9,290.64 |
| * | 06/28/12 | 001000 | Harris, N.A. | Secured claim final payment | 4210-004 | | 4,789.25 | 4,501.39 |
| | | | c/o Jonathan N. Rogers | pursuant to Order approving  506(c) Motion entered | | | | |
| | | | Stitt, Klein, Daday, Aretos & Gianpietro | 6/28/12 | | | | |
| | | | 2550 W. Golf Road | | | | | |
| | | | Suite 250 | | | | | |
| | | | Rolling Meadows, IL  60008 | | | | | |
| | 06/28/12 | 001001 | Thomas E. Springer | Interim Compensation pursuant to | 3110-000 | | 1,400.00 | 3,101.39 |
| | | | 400 S. County Farm Road | Order entered  6/28/12 | | | | |
| | | | Suite 330 | | | | | |
| | | | Wheaton, IL  60187 | | | | | |
| | 06/28/12 | 001002 | ALAN B HOREWITCH | Interim Compensation pursuant to | 3410-000 | | 1,410.34 | 1,691.05 |
| | | | 2150 E. Lake Road | Order entered  6/28/12 | | | | |
| | | | Suite 560 | | | | | |
| | | | Buffalo Grove, IL 60089 | | | | | |
| * | 08/30/12 | 001000 | Harris, N.A. | Stop Payment Reversal | 4210-004 | | -4,789.25 | 6,480.30 |
| | | | c/o Jonathan N. Rogers | STOP PAY ADD SUCCESSFUL | | | | |
| | | | Stitt, Klein, Daday, Aretos & Gianpietro | | | | | |
| | | | 2550 W. Golf Road | | | | | |
| | | | Suite 250 | | | | | |
| | | | Rolling Meadows, IL  60008 | | | | | |
| | 08/30/12 | 001003 | Harris, NA | Full payment of secured interest | 4210-004 | | 4,789.25 | 1,691.05 |
| | | | c/o Jonathan N. Rogers | | | | | |
| | | | Klein, Daday, Aretos & O'Donoghue, LLC | | | | | |
| | | | 2550 W.Golf Rd., Suite 250 | | | | | |
| | | | Rolling Meadows, IL 60008 | | | | | |
| | 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 1,691.05 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 9,290.64 | 9,290.64 |

Ver: 17.00b

FORM 2                                                                        Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                            Exhibit 9

| | |
|---|---|
| Case No: | 09-22746  -MB |
| Case Name: | REILY GRAPHIC SERVICES |
| | |
| Taxpayer ID No: | *******7553 |
| For Period Ending: | 01/08/13 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1929  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,290.64 | 9,290.64 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 9,290.64 | 1,691.05 | |
| | | | Subtotal | | 0.00 | 7,599.59 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,599.59 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - ********9304 | 0.00 | 1,691.05 | 0.00 |
| MONEY MARKET - ********0559 | 9,409.94 | 119.30 | 0.00 |
| GENERAL CHECKING - ********1929 | 0.00 | 7,599.59 | 0.00 |
| | -------------------- | -------------------- | -------------------- |
| | 9,409.94 | 9,409.94 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b